UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| RAYMOND BLAYLOCK,              )<br>                                                   )<br>          Petitioner,               )<br>     vs.                                     )     No. 1:05-cv-1641-JDT-TAB<br>                                                   )<br>MARK A. BEZY,                      )<br>          Respondent.            )  | |

**Entry and Order to Show Cause**

**I.**

The petitioner shall have **twenty (20) days** from the date of issuance of this Entry in which to either pay the $5.00 filing fee or demonstrate his financial inability to do so.

**II.**

The clerk shall **forward** a copy of this Entry and Order to the United States Attorney for this District. The United States is **notified** of Mr. Blaylock's filing of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and that the petition has been **scanned into the court's electronic docket.**

The respondent shall have **through December 15, 2005,** in which to respond to the allegations of the habeas petition and to **show cause** why the relief sought in such petition should not be granted. The petitioner shall then have **twenty (20) days** after service of such response in which to reply.

**IT IS SO ORDERED**.

_____
John Daniel Tinder, Judge
United States District Court

Date: 11/03/2005

Copies to:

Raymond Blaylock, Reg. No. 05964-089, U.S. Penitentiary, P O  Box 33, Terre Haute, IN 47808

Office of the United States Attorney, 10 West Market Street    Suite 2100, Indianapolis, IN 46204-3048