UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

RAYMOND BLAYLOCK, )
)
      Petitioner, )
vs. ) No. 1:05-cv-1641-JDT-TAB
)
MARK A. BEZY, )
      Respondent. )

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 2/21/2006

Laura Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

By: Deputy Clerk

Copies to:

Raymond Blaylock, Reg. No. 05964-089, U.S. Penitentiary, P O  Box 33, Terre Haute, IN 47808
Office of the United States Attorney, 10 West Market Street   Suite 2100, Indianapolis, IN 46204-3048